**Jason K. Singleton,** State Bar #166170
lawgroup@sbcglobal.net
**Richard E. Grabowski,** State Bar #236207
rgrabows@pacbell.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX  441-1533**

**Attorney for Plaintiff, JASON CLARE**

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CLARE, | ) Case No. 1:06-CV-01544-AWI-SMS |
|     Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER FOR AN** |
| | ) **EXTENSION OF TIME TO FILE RESPONSE** |
| WOMEN TO WOMEN MEDICAL GROUP, | ) **TO PLAINTIFF'S COMPLAINT AND THIRTY** |
| INC., a California corporation, LEE C. | ) **DAY EXTENSION OF JOINT SCHEDULING** |
| MADDOCKS, SUSAN R. PODOLSKY, | ) **CONFERENCE** |
| M.D., NICHOLAS A. MADDOCKS, and | ) |
| DOES ONE through FIFTY, inclusive, | ) |
| | ) |
|     Defendants. | ) |

Defendants Women to Women Medical Group, Inc., Lee C. Maddocks and Susan R. Podolsky, M.D. and Nicholas A. Maddocks, by and through their attorney of record Rebecca Weinstein-Hamilton and Plaintiff Jason Clare by and through his attorney of record Jason Singleton, hereby agree to stipulate as follows:

1.    The date to respond to the complaint is extended from January 18, 2007, for twenty days, until and including February 8, 2007.

2.    The date for the Joint Scheduling Conference is extended thirty days from February 1, 2007 to March 8, 2007 (or date set by the Court).

///

PDF created with pdfFactory trial version www.pdffactory.com

Just cause exists for this extension because the parties are in extensive settlement negotiations and desire to avoid the expense related to further pleadings.

**SINGLETON LAW GROUP**

Dated:        January 18, 2007         /s/ Jason K. Singleton
                                                      Jason K. Singleton,
                                                      Richard E. Grabowski, Attorneys for Plaintiff,
                                                      **JASON CLARE**

**CAULFIELD, DAVIES & DONAHUE, LLP**

Dated:        January 16, 2007         /s/ Rebecca Weinstein-Hamilton
                                                      Rebecca Weinstein-Hamilton
                                                      Attorneys for Defendants

**ORDER**

**IT IS SO ORDERED**.

1.   The date to respond to the complaint is extended from January 18, 2007, for twenty days, until and including February 8, 2007.

2.   The date for the Joint Scheduling Conference Hearing is continued from February 1, 2007 to March 8, 2007 at 9:00 a.m. before Judge Snyder.   A JOINT Scheduling Conference Report is to be filed one week prior to the March 8, 2007 hearing date.

Dated:   1/19/2007                          /s/ Sandra M. Snyder
                                                      **SANDRA M. SNYDER**
                                                      UNITED STATES MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com